STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 402-2261
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Noel Quiambao Cunanan

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA- RIVERSIDE DIVISION

NOEL QUIAMBAO CUNANAN,

                Plaintiff,    CASE NO.: 2:21-cv-02481-ADS

    -v-

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

                Defendant.

**ORDER AWARDING ATTORNEY'S FEES
PURSUANT TO THE EQUAL ACCESS TO
JUSTICE ACT, 28 U.S.C. § 2412 (d)**

Before the Court is a Stipulation for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the stipulation of the parties and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

1

IT IS HEREBY ORDERED that **attorney fees and expenses** in the amount of Seven Thousand Five Hundred Five Dollars and Fifty-Eight Cents ($7,505.58) and no costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs may be made payable to Olinsky Law Group at:

> 250 South Clinton St., Suite 210,
> Syracuse, NY 13202

So ordered.

Date: __12/15/2022__              _____/s/ Autumn D. Spaeth_____

                                                   Autumn D. Spaeth
                                                   United States Magistrate Judge

Order proffer: Stuart T. Barasch; copy to Paul Sachelari]